Lonnie D. Giamela (SBN 228435)
E-Mail:  lgiamela@fisherphillips.com
Vana Ebrahimi (SBN 332805)
E-Mail:  vebrahimi@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile:  (213) 330-4501

Attorneys for
SNAPMEDTECH, INC. DBA SNAPNURSE

Bruce J. Highman
HIGHMAN & HIGHMAN
A PROFESSIONAL LAW ASSOCIATION
582 Market Street, Suite 1212
San Francisco, CA 94104
Attorney for Plaintiff
CINDY COLLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY COLLEY, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SNAPNURSE, INC.,<br><br>　　　　Defendants. | Case No:   4:22-cv-03884-HSG<br><br>*[Removed from Sonoma County Superior Court Case No.* SCV-270782*]*<br><br>**JOINT STIPULATED SCHEDULE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER**<br><br>Complaint Filed:　May 9, 2022<br>FAC:　　　　　　May 18, 2022<br>Trial Date:　　　　Not Set |

　　　Plaintiff CINDY COLLEY ("Plaintiff") and Defendant SNAPMEDTECH, INC. dba SNAPNURSE ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record herein, hereby stipulate and agree as follows:

1

1  WHEREAS, on July 19, 2022, Plaintiff filed a Motion for Leave to File a Second Amended Complaint and set the hearing for January 5, 2023, which was the first hearing date Plaintiff could obtain without permission from the Court;

WHEREAS, on August 1, 2022, the parties met and conferred to see if the parties can come to an agreement regarding Plaintiff's Second Amended Complaint, specifically related to Plaintiff's new claim under the Private Attorneys General Act("PAGA");

WHEREAS, on August 1, 2022, the Parties met and conferred regarding the potential impact on Plaintiff's new PAGA claim of the motion for preliminary approval of the PAGA settlement in *PHUC QUAN TRAN, et al. vs SNAPMEDTECH*, INC., et al., Los Angeles Superior Court Case No. 21STCV31264, which is set for hearing on August 17, 2022t and in which Plaintiff is currently a part of the settlement group. ;

WHEREAS, the Parties have agreed to continue the dates for the Opposition and Reply briefs to a date a month after the hearing in the *Tran* matter;

WHEREAS, the Parties have met and conferred and have agreed to the following briefing schedule:

NOW, THEREFORE, it is agreed and stipulated by the parties as follows:

1. Defendant will serve its Opposition to Plaintiff's Motion for Leave no later than September 16, 2022.

2. Plaintiff will serve its Reply no later than October 21, 2022.

IT IS SO STIPULATED.

//
//
//
//

DATE: August 2, 2022          FISHER & PHILLIPS LLP

By: */s/ Vana Ebrahimi*
Lonnie D. Giamela
Vana Ebrahimi
Attorneys for
SNAPMEDTECH, INC. dba SNAPNURSE

DATE: August 2, 2022          HIGHMAN & HIGHMAN

By: */s/ Bruce J. Highman*
Bruce J. Highman
Attorney for
CINDY COLLEY

3

JOINT STIPULATED SCHEDULE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER

FP 44792590.1

**ORDER**

Having read the foregoing stipulation and agreement of the Parties, and for good cause appearing, IT IS HEREBY ORDERED:

1. The last day for Defendant file and serve its Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint is September 16, 2022.

2. The last day for Plaintiff to file her Reply to Defendant's Opposition is October 21, 2022.

IT IS SO ORDERED.

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge