1  Bruce J. Highman, (State Bar No. 101760)
   HIGHMAN & HIGHMAN
2  A PROFESSIONAL LAW ASSOCIATION
   582 Market Street, Suite 1212
3  San Francisco 94104
   Telephone: (415) 982-5563
4  Fax: (415) 982-5202
   Email: bruce.highman@highmanlaw.com
5
   Attorneys for Plaintiff
6

7

8
                      UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  CINDY COLLEY, an individual,              No. 22-cv-03884-HSG

12                          Plaintiff,        STIPULATION FOR LEAVE TO FILE
                                              SECOND AMENDED COMPLAINT;
13        v.                                  ORDER

14  SNAPMEDTECH, INC. DBA
    SNAPNURSE, a corporation, and DOES 1-
15  10, inclusive,

16
                            Defendants.
17
          The parties hereto, by and through their respective attorneys, hereby stipulate that plaintiff
18
    shall have leave to file the second amended complaint, a copy of which is attached hereto as Exhibit
19
    1.
20
    DATED: September 15, 2022              */s/ Bruce J. Highman*_____
21                                         Bruce J. Highman
                                           Highman & Highman
22                                         Attorneys for Plaintiff

23

24  DATED: September 15, 2022              */s/ Vana Ebrahimi*_____
                                           Vana Ebrahimi
25                                         Fisher & Phillips LLP
                                           Attorneys for Defendant
26                                         SnapMedTech, Inc. dba SnapNurse

27

28

United States District Court
Northern District of California

1          <u>ORDER</u>

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED:  9/15/2022                _____
                                      Honorable Haywood S. Gilliam, Jr.
5                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28