Bruce J. Highman, (State Bar No. 101760)
HIGHMAN & HIGHMAN
A PROFESSIONAL LAW ASSOCIATION
582 Market Street, Suite 1212
San Francisco 94104
Telephone: (415) 982-5563
Fax: (415) 982-5202
Email: bruce.highman@highmanlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY COLLEY, an individual,<br><br>                      Plaintiff,<br><br>  v.<br><br>SNAPMEDTECH, INC. DBA SNAPNURSE, a corporation, and DOES 1-10, inclusive,<br><br>                      Defendants. | No. 22-cv-03884-HSG<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING JOINT CASE MANAGEMENT STATEMENT; DECLARATION OF BRUCE HIGHMAN IN SUPPORT OF STIPULATION; ORDER |

       The parties hereto, by and through their respective attorneys, hereby stipulate to continuing the date of the case management conference from October 4, 2022, to October 18, 2022, at 2:00 pm or as soon thereafter as the matter may be heard, and to continuing the deadline for filing the joint case management statement from September 27, 2022 to October 11, 2022, for the reasons set forth in the Declaration of Bruce Highman below.

DATED: September 15, 2022            */s/ Bruce J. Highman*_____
                                                Bruce J. Highman
                                                Highman & Highman
                                                Attorneys for Plaintiff

DATED: September 15, 2022            */s/ Vana Ebrahim*_____
                                                 Vana Ebrahimi
                                                 Fisher & Phillips LLP
                                                Attorneys for Defendant
                                                SnapMedTech, Inc. dba SnapNurse

DECLARATION OF BRUCE HIGHMAN

I, Bruce Highman, declare:

1. I am the attorney of record for plaintiff Cindy Colley.

2. The parties had agreed to serve their disclosures on each other on Thursday, September 22, 2022. I had been working with plaintiff Colley on the disclosures earlier this week. I will need to work with her also in preparing plaintiff's portion of the joint case management statement and possibly in preparing for the case management conference.

3. On Monday night, September 19, 2022, Colley's 39 year old son had a heart attack. Colley, a registered nurse with experience nursing in hospitals, believes her son reasonably may have died if the ambulance had not gotten him to the hospital as quickly as it did. Her son is still in the Intensive Care Unit. When he is discharged, he will be staying with Colley for awhile since as a registered nurse, she can take proper care of him.

4. Colley is focused on her son's life and care right now and is spending long hours with him in the hospital. She is not able work with me on disclosures or in regard to the joint case management statement. The two week continuance to which the parties have stipulated will allow Colley some time to focus solely on her son's life and care at this very critical time for him.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 21, 2022

*/s/ Bruce J. Highman*
Bruce J. Highman

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/22/2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge