1  BRUCE J. HIGHMAN, CBN 101760
   HIGHMAN & HIGHMAN
2  A PROFESSIONAL LAW ASSOCIATION
   582 Market Street, Suite 1212
3  San Francisco, CA 94104
   Telephone: (415) 982-5563
4  Fax: (415) 982-5202
   Email: bruce.highman@highmanlaw.com
5
   Attorneys for Plaintiff
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | CINDY COLLEY, an individual, | No. 22-cv-03884-HSG |
|---|---|
11 | Plaintiff, | STIPULATION TO DISMISS ACTION; DECLARATION OF BRUCE HIGHMAN IN SUPPORT OF STIPULATION; ORDER |
12 | -v- | |
13 | SNAPMEDTECH, INC. DBA SNAPNURSE, a corporation; and DOES 1-10, inclusive, | |
14 | | |
15 | Defendants. | |

16     The parties hereto, by and through their respective attorneys, hereby stipulate to dismissal

17  of the above-entitled action pursuant to FRCP 41(a)(1). No party shall seek an award of costs or

18  attorneys' fees from the Court.

19     The current operative complaint, the second amended complaint ("SAC"), alleges thirteen

20  claims for relief.  The first twelve claims are plaintiff Cindy Colley's individual claims. The

21  thirteenth claim is a representative claim under the California Labor Code Private Attorneys General

22  Act ("PAGA") which plaintiff Colley ("Colley") has brought on behalf of herself and other

23  employees of defendant SnapMedTech, Inc. dba SnapNurse ("SnapNurse") for violations of Labor

24  Code §§ 1102.5, 6310, 232.5, 98.6 and 1198.5 allegedly committed against Colley and the other

25  employees. As to the first twelve claims for relief, this dismissal is with prejudice. As to the

26  thirteenth claim under PAGA, this dismissal is with prejudice as to Colley, and without prejudice

27  /

28  /

1  as to the other employees on whose behalf it has been brought.

3  DATED: February 8, 2023         /s/ Bruce J. Highman
                                   Bruce J. Highman
4                                  Highman & Highman
                                   Attorneys for Plaintiff

6  DATED: February 8, 2023         /s/ Lonnie D. Giamela
                                   Lonnie D. Giamela
7                                  Fisher & Phillips LLP
                                   Attorneys for Defendant
8                                  SnapMedTech, Inc. dba SnapNurse

DECLARATION OF BRUCE HIGHMAN IN SUPPORT OF STIPULATION

I, Bruce J. Highman, hereby declare:

1. I am plaintiff Cindy Colley's ("Colley's") attorney of record.

2. As indicated above in the stipulation, the first twelve claims in the second amended complaint ("SAC") are Colley's individual claims. The thirteenth claim is a representative claim under the California Labor Code Private Attorneys General Act ("PAGA") which Colley has brought on behalf of herself and other employees against defendant SnapMedTech, Inc. dba SnapNurse ("SnapNurse") for violations of Labor Code §§ 1102.5, 6310, 232.5, 98.6 and 1198.5.

3. Colley has reached an individual settlement in this matter with SnapNurse. The settlement in no way affects the rights and claims of the other employees on whose behalf Colley has brought the PAGA claim. The other employees will not be prejudiced as dismissal of the PAGA claim as to them will be without prejudice.

4. For these reasons, I respectfully request on Colley's behalf that the Court sign and enter the [Proposed] Order below dismissing the entire action as follows with no party seeking an award of attorneys' fees or costs from the Court: (1) dismiss the first twelve claims in the SAC with prejudice; and (2) dismiss the thirteenth claim under PAGA with prejudice as to Colley, and without prejudice as to the other employees on whose behalf Colley has brought the claim;

I declare under penalty of perjury under the laws of the United States that the foregoing is

/
/

true and correct, and that this declaration was executed on February  8  , 2023.

                                                  /s/ Bruce J. Highman
                                                  Bruce J. Highman

### ORDER

Pursuant to stipulation, it is ordered that that this action be dismissed in its entirety as follows with no party seeking an award of attorneys' fees or costs from the Court: (1) the first twelve claims for relief in the second amended complaint, which is the current operative complaint, are dismissed with prejudice; and (2) the thirteenth claim under the California Labor Code Private Attorneys General Act ("PAGA") is dismissed with prejudice as to plaintiff Cindy Colley and without prejudice as to the other employees on whose behalf Colley has brought the claim.

DATED: 2/10/2023

                                                  Honorable Haywood S. Gilliam, Jr.
                                                  United States District Judge